FILED
IN CLERKS OFFICE
2018 MAR 19 PM 1:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

Inside find emergency filing motion for interference note

That circumstances are outstanding and extrajnet

and my mental state of psychorrenia plus

The factual basis therefore necisity of interference

Also risk of retaliation threw local courts since experience and lack of adherence to Truth is common interfere alior can fabricate cases on me and other citizens while covering gaunn a rights violations do act

Emergency Intervention motion.

I Am filing with court after court, This court Ignored last filing over A year Ago,
AS have all local authorities To Include state courts of middlesex county To Include A direct notice (writting) To the Ag who now Prosecuted case That Binds me,
Brings me To A recent That IS within a year of rape of my Human Self That IS me by Prison guard

After UMICI, A DR-1 was filed directly after Incident At UMICI
Internal Police and A

Doctor Khan Attended only to have it all covered up

and to bother the issue. Fabricated criminal charges were filed on me.

I was punched scratched, and more to then be fondeled, and grabed in my reproductive organ area. By officer high ranking mello

It appears that the prison rape was A favor. as an active gang war is in place were official hire and recruit

on Tax dollar
Frivolous Suit made
gang members

and most recently
I was systematily
starved
Then Put to fight
with Inmate
given A weapon by
officials

Prior to Trgt
I was drugged
and Stopped
in face

officials affiliations
vary.
As to Frivolous
Blood or Latin king
Also
A vice lord
Turne Turgt
is
latin king as I
Am currently held
on a Bastiand gang

out of Lowell mass
MICR2012 00602

That of which has
been obstructed

By corrupt officials

I ask court to take
action.
At this point
Also most recently
Internally officials
nursing staff
staged another plant

and now assure my
health does not upgrade

I ask court to assure
Adherence to Prea
and make Mello
high ranking official
By Brought to Justice
for rape
and to Interest in war
that Involve mass
starvation and tactics as

Misuse of state government issued items and postage

Such as food and clothing, water

at S.B.C.C

The connection is applicant were gang affiliated officials

Many counter parts were to continue.

and tyranny of corrupt officials to stop rape founded from being prosecuted and now get me prosecuted and no lawyer to flexible assist calls for federal interference